IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAL SON HALLIMAN, et al().        )
                                  )
v.                                ) NO. 3:06-0037
                                  ) JUDGE CAMPBELL
UNITED STATES OF AMERICA, et al.  )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 26), and Plaintiffs' Objections thereto (Docket Nos. 29 and 30). The Court has reviewed the Report and Recommendation, Plaintiffs' Objections, and the file. Plaintiffs' Objections are overruled and the Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment filed by Defendant United States (Docket No. 20) is GRANTED, and Plaintiffs' claims against the United States are DISMISSED.

Three named Defendants remain in this action (United States Army, Blanchfield Army Community Hospital, and Darvin D. Karr-Peterson). Although Defendant United States has denied that these three are appropriate Defendants (Docket No. 15, ¶ 3), no Order has been sought or entered dismissing them.

Accordingly, this matter remains set for trial on May 29, 2007, with a pretrial conference on May 14, 2007.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE