IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MAL SON HALLIMAN, et al. )
)
v. ) NO. 3:06-0037
) JUDGE CAMPBELL
UNITED STATES OF AMERICA, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 33), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendants U.S. Army, Blanchfield Community Hospital and Lt. Col. Darwin D. Karr-Peterson (Docket No. 32) is GRANTED, and this action is DISMISSED.

The pretrial conference set for May 14, 2007, and the bench trial set for May 29, 2007, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE